# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | Case No.: 18-14487-KHT |
| ) | |
| **DERRICK J. MARTIN, JR.** ) | Chapter 7 |
| ) | |
| Debtor. ) | Adversary No.: 18-01413-KHT |
| ) | |
| ) | |
| **DAVID V. WADSWORTH, Chapter 7 Trustee** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **TWO RINGS PROPERTY MANAGEMENT,** ) | |
| a Colorado Limited Liability Corporation ) | |
| ) | |
| Defendant. ) | |

## ANSWER TO CHAPTER 7 TRUSTEE'S COMPLAINT [docket no. 76]

COMES NOW Two Rings Property Management, LLC (hereafter "Two Rings") , by and through undersigned counsel, and hereby responds to the "Complaint" [docket no. 76] filed by the Chapter 7 Trustee in this case, as follows:

1. On May 23, 2018, Debtor Derrick J. Martin, Jr. (hereafter "Debtor") filed this Chapter 7 case in good faith. Counsel for the Chapter 7 Trustee continues to fail to state the correct petition filing date of this case.

2. At no relevant time did Debtor make any fraudulent conveyance to Two Rings and/or any other person and/or entity within the meaning of 11 U.S.C. § 548 and § 550.

3. The subject real property (23593 East Chenango Place, Aurora, CO 80016) at issue in the Trustee's Complaint [docket no. 76] is the exclusive residence of Debtor and his family.

4. Debtor reasserts the homestead exemption concerning the subject real property pursuant to C.R.S. 38-41-201.

WHEREFORE, Two Rings requests the Court to deny the Trustee's Complaint [docket no. 76].

DATED: December 27, 2018 **ALLSTATE LAW CENTER, P.C.**

\s\ Lawrence R. Hill
Lawrence R. Hill, #17447
12835 E. Arapahoe Road, #I-200
Centennial, CO 80112
(303) 386-6016 (telephone)
(303) 799-3968 (facsimile)
lawrenceh@allstatelawcenter.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the **ANSWER TO CHAPTER 7 TRUSTEE'S COMPLAINT [docket no. 76]** was delivered this 27th day of December, 2018, as follows:

David V. Wadsworth, II
Chapter 7 Trustee
2580 W. Main St.
Littleton, CO 80120
[via ECF filing]

David M. Miller
Spencer Fane LLP
1700 Lincoln St., #2000
Denver, CO 80203
[via ECF filing]

U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St., #12-200
Denver, CO 80294-1961
[via ECF filing]

DATED: 12/27/2018 \s\ Lawrence R. Hill