UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **In re:** | ) | Case No.: 18-14487-KHT |
| | ) | |
| **DERRICK J. MARTIN, JR.** | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Adversary No.: 18-01413-KHT |
| _____ | ) | |
| | ) | |
| **DAVID V. WADSWORTH, Chapter 7 Trustee** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **TWO RINGS PROPERTY MANAGEMENT, LLC** | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES

COMES NOW Defendant, Two Rings Property Management, LLC, by and through undersigned counsel, and hereby discloses the following information pursuant to F.R.C.P. Rule 26(a)(1):

### INITIAL DISCLOSURES

1. Individuals:

    a. Derrick J. Martin, Jr., 23593 E. Chenengo Place, Aurora, Colorado 80016-5955; (720) 724-5346. Mr. Martin may have discoverable information as to all facts relevant to this case and shall testify as to all facts and circumstances relevant to this case.

    b. Alexa S. Martin, 23593 E. Chenengo Place, Aurora, Colorado 80016-5955; (720) 724-5346. Ms. Martin may have discoverable information as to all facts relevant to this case and shall testify as to all facts and circumstances relevant to this case.

    c. Wayne Vaden, Attorney at Law, City Park Law Group, 3401 Quebec St., #9305, Denver, CO 80207; (303) 377-2933. Mr. Vaden may have discoverable information as to all facts relevant to this case and shall testify as to all facts and circumstances relevant to this case.

    d. Any other individual with personal knowledge who may have discoverable information as to all facts relevant to this case.

2. Documents and Tangible Things:

    a. All corporate records and/or documents of Two Rings Property Management, LLC.

    b. Transcript of 341(a) meeting of creditors on 7/9/2018.

    c. Any documents produced by Plaintiff in this case.

    d. Any document relevant to the underlying facts relevant to the alleged claim(s) in this case.

3. Expert Testimony:

    a. Defendant does not anticipate to offer any testimony of an expert witness at trial at this time. Defendant reserves the right to supplement this disclosure with other information as it becomes available.

4. Computation of Damages:

    a. Not applicable.

5. Insurance Policies:

    a. Not applicable.

Defendant Two Rings Property Management, LLC reserves the right to supplement this list with any other information as it becomes available.

DATED: 2/5/2019                                                     **ALLSTATE LAW CENTER, P.C.**

\s\ Lawrence R. Hill
Lawrence R. Hill, #17447
Attorney for Defendant
12835 E. Arapahoe Road, #I-200
Centennial, CO 80112
(303) 386-6016 (telephone)
(303) 799-3968 (facsimile)
lawrenceh@allstatelawcenter.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the **DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES** were placed in the U.S. Mail, postage pre-paid, and also delivered via CM/ECF filing on this 5th day of February, 2019, addressed as follows:

David M. Miller
Spencer Fane LLP
1700 Lincoln St., #2000
Denver, CO 80203


DATED: 2/5/2019                                        \s\ Lawrence R. Hill