**EXHIBIT**

_____ A

| | |
|---|---|
| From: | Miller, David |
| Sent: | Thursday, May 16, 2019 2:33 PM |
| To: | Schacht, Nancy L. |
| Subject: | FW: 18-01413-KHT Answer to Complaint - WADSWORTH v. TWO RINGS PROPERTY MANAGEMENT, LLC |
| Attachments: | Scheduling Order_12.27.2018.pdf |

David Miller  Attorney
Spencer Fane LLP

1700 Lincoln Street | Suite 2000 | Denver, CO 80203 O 303-592-8332 dmiller@spencerfane.com | spencerfane.com


-----Original Message-----
From: Lawrence Hill <lawrenceh@allstatelawcenter.com>
Sent: Friday, December 28, 2018 6:03 PM
To: Miller, David <dmiller@spencerfane.com>
Cc: DWadsworth@wwc-legal.com
Subject: RE: 18-01413-KHT Answer to Complaint - WADSWORTH v. TWO RINGS PROPERTY MANAGEMENT, LLC

Dave--after my careful review of FRCP 8(b), I submit that the "Answer" already filed "fairly responds" to the substance of the allegation(s).



At this point, I ask you to specifically outline the Trustee's position as to settlement of this case.

If you choose to litigate and make threats to me, then I suggest we allow Judge Tyson to decide various issues pertaining to this case. Accordingly, you are directed to refrain from making your own deadlines upon me in the future.

Thank you and have a Happy New Year!

Best Regards,

Lawrence R. Hill | Attorney at Law
Allstate Law Center, PC
720-386-6016
www.allstatelawcenter.com

Arizona
1845 South Dobson Road | Suite 202 | Mesa | Arizona | 85202 | p: 602.313.3333 Colorado
12835 East Arapahoe Road | Tower I - Suite 200 | Centennial | Colorado | 80112 | p: 720.500.3333 Utah
9980 South 300 West| Suite 200 | Sandy | Utah | 84070 | p: 877.490.3333 We are a debt relief agency. We help people file for bankruptcy relief under the United States Bankruptcy Code.

The information contained in this e-mail message may be privileged and confidential information intended only for the use of the named individual or entity(ies) above. If you are not the intended recipient, or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail or phone at 720-500-3333 and destroy all copies of the original message. Receipt by anyone other than the intended recipient is not intended as a waiver of any attorney-client or work product privilege.

-----Original Message-----
From: Miller, David [mailto:dmiller@spencerfane.com]
Sent: Friday, December 28, 2018 5:27 PM
To: Lawrence Hill <lawrenceh@allstatelawcenter.com>
Cc: DWadsworth@wwc-legal.com
Subject: FW: 18-01413-KHT Answer to Complaint - WADSWORTH v. TWO RINGS PROPERTY MANAGEMENT, LLC

Larry:

The Answer you filed in this matter did not comply with the pleading requirements set forth in FRCP 8.  You are hereby placed on notice of same and this email is an effort to resolve that issue informally.  Please file an Amended Answer by no later than January 4, 2019, correcting the deficiencies.  After that date, Plaintiff reserves all rights to proceed on the basis of the pleadings filed.

Sincerely,

David Miller  Attorney
Spencer Fane LLP

1700 Lincoln Street | Suite 2000 | Denver, CO 80203 O 303-592-8332 dmiller@spencerfane.com | spencerfane.com