EXHIBIT

D

# Closing Disclosure

This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.

**Closing Information**
| | |
|---|---|
| Date Issued | 12/23/2016 |
| Closing Date | 12/29/2016 |
| Disbursement Date | 12/29/2016 |
| Settlement Agent | Town and Country Title Services |
| File # | 30151 |
| Property | 23593 East Chenango Place, Aurora, CO 80016 |
| Sale Price | $463,935 |

**Transaction Information**
| | |
|---|---|
| Borrower | Derrick Jerome Martin, Jr. and Alexa Martin |
| Seller | Oakwood Homes LLC, 4908 Tower Road, Denver, CO 80249 |
| Lender | Western States Bank |

**Loan Information**
| | |
|---|---|
| Loan Term | 10 years |
| Purpose | Purchase |
| Product | Year 10 Balloon Payment, Fixed Rate |
| Loan Type | ☒ Conventional ☐ FHA ☐ VA ☐ |
| Loan ID # | 101082645 |
| MIC # | |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $350,000 | NO |
| **Interest Rate** | 4.50% | NO |
| **Monthly Principal & Interest** See Projected Payments below for your Estimated Total Monthly Payment | $1,775.33 | NO |

| | Does the loan have these features? |
|---|---|
| **Prepayment Penalty** | NO |
| **Balloon Payment** | YES • You will have to pay $282,340 at the end of year 10 |

## Projected Payments

| Payment Calculation | Years 1 – 10 | Final Payment |
|---|---|---|
| Principal & Interest | $1,775.33 | $282,339.65 |
| Mortgage Insurance | + 0 | + 0 |
| Estimated Escrow  Amount can increase over time | + 0 | + 0 |
| **Estimated Total Monthly Payment** | $1,775.33 | $282,339.65 |

| Estimated Taxes, Insurance & Assessments  Amount can increase over time  See page 4 for details | $216.25 a month | **This estimate includes**  ☒ Property Taxes  ☒ Homeowner's Insurance  ☐ Other:  See Escrow Account on page 4 for details. You must pay for other property costs separately. | **In escrow?**  NO  NO |
|---|---|---|---|

## Costs at Closing

| Closing Costs | $7,863.25 | Includes $5,361.00 in Loan Costs + $2,502.25 in Other Costs – $0.00 in Lender Credits. See page 2 for details. |
|---|---|---|
| **Cash to Close** | **$111,387.79** | Includes Closing Costs. See Calculating Cash to Close on page 3 for details. |

## Closing Cost Details

| Loan Costs | Borrower-Paid At Closing | Borrower-Paid Before Closing | Seller-Paid At Closing | Seller-Paid Before Closing | Paid by Others |
|---|---|---|---|---|---|
| **A. Origination Charges** | **$3,500.00** | | | | |
| 01 % of Loan Amount (Points) | | | | | |
| 02 OUR LOAN ORIGINATION CHARGE 1% TO WESTERN STATES BANK | $3,500.00 | | | | |
| 03 | | | | | |
| 04 | | | | | |
| **B. Services Borrower Did Not Shop For** | **$714.00** | | | | |
| 01 Appraisal - Final Inspection to Rauh Appraisal Company LLC | $150.00 | | | | |
| 02 Appraisal Fee to Rauh Appraisal Company, LLC | $550.00 | | | | |
| 03 Credit Report to Experian | | | | | (L)$25.00 |
| 04 Flood Certification to American Flood Research, Inc. to American Flood Res. | $10.00 | | | | |
| 05 Flood Life of Loan to American Flood Research, Inc. | $4.00 | | | | |
| 06 Future Release Fee | | | | | (L)$26.00 |
| 07 Lereta Tax Service | | | | | (L)$75.00 |
| 08 | | | | | |
| 09 | | | | | |
| 10 | | | | | |
| **C. Services Borrower Did Shop For** | **$1,147.00** | | | | |
| 01 Title - Deed of Trust to Town and Country Title Services | $171.00 | | | | |
| 02 Title - Doc Fee to Town and Country Title Services | | | $46.39 | | |
| 03 Title - Lender's Policy to Town and Country Title to Land Title Guarantee Co | $456.00 | | | | |
| 04 Title - Loan Closing Fees to Town and Country Title Services | $330.00 | | | | |
| 05 Title - OEC to Town and Country Title Services | $65.00 | | | | |
| 06 Title - Owner's Policy to Town and Country Title to Land Title Guarantee Co | | | $725.00 | | |
| 07 Title - Real Estate Closing Fee to Town and Country Title Services | $125.00 | | $125.00 | | |
| 08 Title - Tax Certificate to Town & Country Title Services | | | $25.00 | | |
| 09 Title - Warranty Deed to Town and Country Title Services | | | $26.00 | | |
| 10 | | | | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | **$5,361.00** | | | | |
| Loan Costs Subtotals (A + B + C) | $5,361.00 | | | | |

| Other Costs | | | | | |
|---|---|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | | | |
| 01 Recording Fees  Deed:   Mortgage: $26.00 | | | $26.00 | | |
| 02 | | | | | |
| 03 | | | | | |
| **F. Prepaids** | **$1,378.00** | | | | |
| 01 Homeowner's Insurance Premium (12 mo.) | $1,378.00 | | | | |
| 02 Mortgage Insurance Premium ( mo.) | | | | | |
| 03 Prepaid Interest ( per day from to ) | $0 | | | | |
| 04 Property Taxes ( mo.) | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| **G. Initial Escrow Payment at Closing** | | | | | |
| 01 Homeowner's Insurance   per month for  mo. | | | | | |
| 02 Mortgage Insurance   per month for  mo. | | | | | |
| 03 Property Taxes   per month for  mo. | | | | | |
| 04 | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 Aggregate Adjustment | | | | | |
| **H. Other** | **$1,124.25** | | | | |
| 01 HOA DUES THRU FEB TO NEWBRIDGE AT TOLLGATE CROSSING | $43.25 | | | | |
| 02 HOA TRANSFER FEE TO MSI, LLC | $275.00 | | | | |
| 03 HOA WORKING CAPITAL TO NEWBRIDGE AT TOLLGATE CROSSING | $40.00 | | | | |
| 04 LANDSCAPE DEPOSIT TO TOWN AND COUNTRY TITLE SERVICES, LLC | $500.00 | | | | |
| 05 METRO DIST FEES TO TOLLGATE METRO DISTRICT | $96.00 | | $79.00 | | |
| 06 METRO DIST TRANSFER FEE TO CLIFTONLARSONALLEN | $170.00 | | | | |
| 07 | | | | | |
| 08 | | | | | |
| **I. TOTAL OTHER COSTS (Borrower-Paid)** | **$2,502.25** | | | | |
| Other Costs Subtotals (E + F + G + H) | $2,502.25 | | | | |
| **J. TOTAL CLOSING COSTS (Borrower-Paid)** | **$7,863.25** | | | | |
| Closing Costs Subtotals (D + I) | $7,863.25 | | $1,052.39 | | $126.00 |
| Lender Credits | | | | | |

@003/007    12/29/2016 WED 20:18 FAX

### Calculating Cash to Close

Use this table to see what has changed from your Loan Estimate.

| | Loan Estimate | Final | Did this change? |
|---|---|---|---|
| Total Closing Costs (J) | $9,757 | $7,863.25 | YES · See Total Loan Costs (D) and Total Other Costs (I) |
| Closing Costs Paid Before Closing | $0 | $0 | NO |
| Closing Costs Financed (Paid from your Loan Amount) | $0 | $0 | NO |
| Down Payment/Funds from Borrower | $113,935 | $113,935.00 | NO |
| Deposit | $0 | -$10,000.00 | YES · You increased this payment. See details in Section L. |
| Funds for Borrower | $0 | $0 | NO |
| Seller Credits | -$1,550 | $0 | YES · See Seller Credits in Section L. |
| Adjustments and Other Credits | $0 | -$410.46 | YES · See details in Sections K and L |
| Cash to Close | $122,142 | $111,387.79 | |

### Summaries of Transactions

Use this table to see a summary of your transaction.

**BORROWER'S TRANSACTION**

| | |
|---|---|
| K. Due from Borrower at Closing | $471,798.25 |
| 01 Sale Price of Property | $463,935.00 |
| 02 Sale Price of Any Personal Property Included in Sale | |
| 03 Closing Costs Paid at Closing (J) | $7,863.25 |
| 04 | |
| **Adjustments** | |
| 05 | |
| 06 | |
| 07 | |
| **Adjustments for Items Paid by Seller in Advance** | |
| 08 City/Town Taxes to | |
| 09 County Taxes to | |
| 10 Assessments to | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| L. Paid Already by or on Behalf of Borrower at Closing | $360,410.46 |
| 01 Deposit | $10,000.00 |
| 02 Loan Amount | $350,000.00 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 | |
| 05 Seller Credit | |
| **Other Credits** | |
| 06 | |
| 07 | |
| **Adjustments** | |
| 08 | |
| 09 | |
| 10 | |
| 11 | |
| **Adjustments for Items Unpaid by Seller** | |
| 12 City/Town Taxes to | |
| 13 County Taxes 1/1/16 to 12/29/16 | $410.46 |
| 14 Assessments to | |
| 15 | |
| 16 | |
| 17 | |

**CALCULATION**

| | |
|---|---|
| Total Due from Borrower at Closing (K) | $471,798.25 |
| Total Paid Already by or on Behalf of Borrower at Closing (L) | -$360,410.46 |
| Cash to Close ☒ From ☐ To Borrower | $111,387.79 |

**SELLER'S TRANSACTION**

| | |
|---|---|
| M. Due to Seller at Closing | $463,935.00 |
| 01 Sale Price of Property | $463,935.00 |
| 02 Sale Price of Any Personal Property Included in Sale | |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| **Adjustments for Items Paid by Seller in Advance** | |
| 09 City/Town Taxes to | |
| 10 County Taxes to | |
| 11 Assessments to | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| N. Due from Seller at Closing | $1,462.85 |
| 01 Excess Deposit | |
| 02 Closing Costs Paid at Closing (J) | $1,052.39 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 Payoff of First Mortgage Loan | |
| 05 Payoff of Second Mortgage Loan | |
| 06 | |
| 07 | |
| 08 Seller Credit | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| **Adjustments for Items Unpaid by Seller** | |
| 14 City/Town Taxes to | |
| 15 County Taxes 1/1/16 to 12/29/16 | $410.46 |
| 16 Assessments to | |
| 17 | |
| 18 | |
| 19 | |

**CALCULATION**

| | |
|---|---|
| Total Due to Seller at Closing (M) | $463,935.00 |
| Total Due from Seller at Closing (N) | -$1,462.85 |
| Cash to Close ☐ From ☒ To Seller | $462,472.15 |

## Additional Information About This Loan

### Loan Disclosures

**Assumption**
If you sell or transfer this property to another person, your lender
☐ will allow, under certain conditions, this person to assume this loan on the original terms.
☒ will not allow assumption of this loan on the original terms.

**Demand Feature**
Your Loan
☐ has a demand feature, which permits your lender to require early repayment of the loan. You should review your note for details.
☒ does not have a demand feature.

**Late Payment**
If your payment is more than 10 days late, your lender will charge a late fee of 5% of the unpaid portion of the regularly scheduled payment or $35.00, whichever is greater.

**Negative Amortization (Increase in Loan Amount)**
Under your loan terms, you
☐ are scheduled to make monthly payments that do not pay all of the interest due that month. As a result, your loan amount will increase (negatively amortize), and your loan amount will likely become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
☐ may have monthly payments that do not pay all of the interest due that month. If you do, your loan amount will increase (negatively amortize), and, as a result, your loan amount may become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
☒ do not have a negative amortization feature.

**Partial Payments**
Your lender
☒ may accept payments that are less than the full amount due (partial payments) and apply them to your loan.
☐ may hold them in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.
☐ does not accept any partial payments.
If this loan is sold, your new lender may have a different policy.

**Security Interest**
You are granting a security interest in 23593 East Chenango Place, Aurora, CO 80016

You may lose this property if you do not make your payments or satisfy other obligations for this loan.

**Escrow Account**
*For now,* your loan
☐ will have an escrow account (also called an "impound" or "trust" account) to pay the property costs listed below. Without an escrow account, you would pay them directly, possibly in one or two large payments a year. Your lender may be liable for penalties and interest for failing to make a payment.

| Escrow | | |
|---|---|---|
| Escrowed Property Costs over Year 1 | | Estimated total amount over year 1 for your escrowed property costs: |
| Non-Escrowed Property Costs over Year 1 | | Estimated total amount over year 1 for your non-escrowed property costs: You may have other property costs. |
| Initial Escrow Payment | | A cushion for the escrow account you pay at closing. See Section G on page 2. |
| Monthly Escrow Payment | | The amount included in your total monthly payment. |

☒ will not have an escrow account because ☐ you declined it ☒ your lender does not offer one. You must directly pay your property costs, such as taxes and homeowner's insurance. Contact your lender to ask if your loan can have an escrow account.

| No Escrow | | |
|---|---|---|
| Estimated Property Costs over Year 1 | $2,595.00 | Estimated total amount over year 1. You must pay these costs directly, possibly in one or two large payments a year. |
| Escrow Waiver Fee | | |

*In the future,*
Your property costs may change and, as a result, your escrow payment may change. You may be able to cancel your escrow account, but if you do, you must pay your property costs directly. If you fail to pay your property taxes, your state or local government may (1) impose fines and penalties or (2) place a tax lien on this property. If you fail to pay any of your property costs, your lender may (1) add the amounts to your loan balance, (2) add an escrow account to your loan, or (3) require you to pay for property insurance that the lender buys on your behalf, which likely would cost more and provide fewer benefits than what you could buy on your own.

## Loan Calculations

| | |
|---|---|
| **Total of Payments.** Total you will have paid after you make all payments of principal, interest, mortgage insurance, and loan costs, as scheduled. | $499,090.92 |
| **Finance Charge.** The dollar amount the loan will cost you. | $147,107.92 |
| **Amount Financed.** The loan amount available after paying your upfront finance charge. | $346,496.00 |
| **Annual Percentage Rate (APR).** Your costs over the loan term expressed as a rate. This is not your interest rate. | 4.638% |
| **Total Interest Percentage (TIP).** The total amount of interest that you will pay over the loan term as a percentage of your loan amount. | 41.03% |

## Other Disclosures

**Appraisal**
If the property was appraised for your loan, your lender is required to give you a copy at no additional cost at least 3 days before closing. If you have not yet received it, please contact your lender at the information listed below.

**Contract Details**
See your note and security instrument for information about
- what happens if you fail to make your payments,
- what is a default on the loan,
- situations in which your lender can require early repayment of the loan, and
- the rules for making payments before they are due.

**Liability after Foreclosure**
If your lender forecloses on this property and the foreclosure does not cover the amount of unpaid balance on this loan,
☒ state law may protect you from liability for the unpaid balance. If you refinance or take on any additional debt on this property, you may lose this protection and have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information.
☐ state law does not protect you from liability for the unpaid balance.

**Refinance**
Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Tax Deductions**
If you borrow more than this property is worth, the interest on the loan amount above this property's fair market value is not deductible from your federal income taxes. You should consult a tax advisor for more information.



**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

## Contact Information

| | Lender | Mortgage Broker | Real Estate Broker (B) | Real Estate Broker (S) | Settlement Agent |
|---|---|---|---|---|---|
| **Name** | Western States Bank | | City Park Realty LLC | | Town and Country Title Services |
| **Address** | 3430 East Grand Ave. Laramie, WY 82070 | | CO | | 4908 Tower Road, Suite 110 Denver, CO 80249 |
| **NMLS ID** | 285125 | | | | |
| **CO License ID** | | | | | 112145 |
| **Contact** | Adam Lindstrom | | Derrick Martin | | Felisa Jack |
| **Contact NMLS ID** | 1154831 | | | | |
| **Contact CO License ID** | | | | | |
| **Email** | a.lindstrom@wsb.bank | | dmartinxx@yahoo.com | | fjack@tandctitle.com |
| **Phone** | (307) 721-7553 | | | | (303) 486-8970 |

## Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

_[signed] Derrick Jerome Martin, Jr._  12/29/16     _[signed] Alexa S Martin_  12/29/16

Derrick Jerome Martin, Jr.    Date        Alexa Martin    Date

CLOSING DISCLOSURE                                              PAGE 5 OF 6 · LOAN ID # 101082645

LaserPro v.16.3.0.026, Portions ©2016, D+H USA Corporation, All Rights Reserved