

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Derrick Martin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Colorado |
| Case number | 18-14487-KHT |

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

---

### Part 1:   Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Jeffrey Petty and Kathleen Petty <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes.  From whom? _____ |

| 3. **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| | The Culpepper Law Firm, P.C. <br> Name <br> 7290 Samuel Dr., Ste. 110 <br> Number        Street <br> Denver            CO         80221 <br> City            State        ZIP Code <br><br> Contact phone  800.909.3539 <br> Contact email  dklein@culpepperlaw.us | Name <br><br> Number        Street <br><br> City            State        ZIP Code <br><br> Contact phone _____ <br> Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br><br> __ __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __ | |

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No <br> ☐ Yes.  Claim number on court claims registry (if known) _____    Filed on ____ / __ / ____ <br>                                                        MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes.  Who made the earlier filing? _____ |

---

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ _____1,563,354.13_____ . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Adams County Case No. 15CV30528 judgment in jury trial

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** Transcript of Judgment, Reception# 2018000005190

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ ___508,247.67___

**Amount of the claim that is secured:** $ ___508,247.67___

**Amount of the claim that is unsecured:** $ ___1,055,106.46___ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____N/A

**Annual Interest Rate** (when case was filed) ___8.0___%

☑ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   04/29/2018
                   MM / DD / YYYY

/s/Dustin J Klein
Signature

Print the name of the person who is completing and signing this claim:

| Name | Dustin J. Klein | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney for Creditors | | |
| Company | The Culpepper Law Firm, P.C. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 7290 Samuel Drive, Suite 110 | | |
| | Number        Street | | |
| | Denver, CO 80221 | | |
| | City | State | ZIP Code |
| Contact phone | 800.909.3539 | Email | dklein@culpepperlaw.us |

IN THE DISTRICT COURT IN AND FOR THE
COUNTY OF ADAMS, STATE OF COLORADO

Civil Action No. 2015CV30528

JEFFREY PETTY and KATHLEEN PETTY )
     Plaintiffs, )
 v. )
               VERDICT
DERRICK J. MARTIN, JR., )
TWO RINGS RANCH, LLC; )
JD'S COUNTRY PAWN, LLC )
     Defendant. )

YOU ARE TO SIGN EITHER PART A. OR PART B. BELOW OF
THIS VERDICT, BUT NOT BOTH.

Part A.

We, the jury, find for the plaintiffs JEFFREY PETTY AND
KATHLEEN PETTY on their claim for <u>Civil Theft</u>, and award damages of
$ 7 against the defendant, DERRICK J. MARTIN, JR.
$ 123,317.00

_Susan Veik_      _Ken R. Hielke_
               Foreperson

_— Cheadle_      _[signature]_

_[signature]_

Exhibit A

## IN THE DISTRICT COURT IN AND FOR THE
## COUNTY OF ADAMS, STATE OF COLORADO

### Civil Action No. 2015CV30528

| | | |
|---|---|---|
| JEFFREY PETTY and KATHLEEN PETTY | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | **VERDICT** |
| DERRICK J. MARTIN, JR., | ) | |
| TWO RINGS RANCH, LLC; | ) | |
| JD'S COUNTRY PAWN, LLC | ) | |
| Defendant. | ) | |

**YOU ARE TO SIGN EITHER PART A. OR PART B. BELOW OF THIS VERDICT, BUT NOT BOTH.**

### Part A.

We, the jury, find for the plaintiffs JEFFREY PETTY AND KATHLEEN PETTY on their claim for <u>Extreme and Outrageous Conduct</u>, and award damages of $ 7  against the defendant, DERRICK J. MARTIN, JR.

$500,000 °°

_____          _____
                                    Foreperson

_____          _____

_____

Exhibit B

| DISTRICT COURT, COUNTY OF ADAMS, STATE OF COLORADO<br>1100 Judicial Center Drive<br>Brighton, Colorado 80601<br>(303) 659-1161 | DATE FILED: January 10, 2018 3:26 PM<br>CASE NUMBER: 2015CV30528 |
|---|---|
| **JEFFREY PETTY and KATHLEEN PETTY,**<br><br>Plaintiffs,<br><br>v.<br><br>**DERRICK J. MARTIN, JR.; TWO RINGS RANCH, LLC; JD'S COUNTRY PAWN, LLC;**<br><br>Defendants. | ^COURT USE ONLY^ |
| | Case No. 2015 CV 30528<br><br>Division A    Courtroom 505 |
| **JUDGMENT** | |

An eight-day jury trial was held in this matter from February 6 through February 15, 2017. After the close of Plaintiffs' evidence, the Court entered a directed verdict in favor of Defendant Derrick J. Martin, Jr. on Plaintiffs' claims for Forcible Entry and Detainer and Exemplary Damages; in favor of Defendant Two Rings Ranch, LLC on Plaintiffs' claims for Forcible Entry and Detainer and Exemplary Damages; and in favor of Defendant JD's Country Pawn, LLC on Plaintiffs' claim for Exemplary Damages.

On the remaining claims, on February 15, 2017, after deliberation, the jury found:

1.    In favor of Plaintiffs Jeffrey Petty and Kathleen Petty and against Defendant Derrick J. Martin, Jr. on their claim for Breach of Contract, and awarded $235,000.00 in damages;

2.    In favor of Plaintiffs Jeffrey Petty and Kathleen Petty and against Defendant Derrick J. Martin, Jr. on their claims for Breach of Bailment, Conversion and Civil Theft, and awarded $123,317.00 in damages;

Exhibit C

3.      In favor of Plaintiffs Jeffrey Petty and Kathleen Petty and against Defendant Derrick J. Martin, Jr. on their claim for Extreme and Outrageous Conduct, and awarded $500,000.00 in damages;

4.      In favor of Plaintiffs Jeffrey Petty and Kathleen Petty and against Defendant JD's Country Pawn, LLC on their claim for Civil Theft, and awarded $1.00 in damages;

5.      In favor of Plaintiffs Jeffrey Petty and Kathleen Petty and against Defendant JD's Country Pawn, LLC on their claim for Theft by Receiving, and awarded $30,000.00 in damages;

6.      In favor of Plaintiffs Jeffrey Petty and Kathleen Petty and against Defendant JD's Country Pawn, LLC on their claim for Extreme and Outrageous Conduct, and awarded $25,000.00 in damages.

## CALCULATION OF JUDGMENT AMOUNTS

The Court now makes the following findings as to the final judgment amounts:

As against Defendant Derrick J. Martin, Jr.:

Because the jury found in favor of Plaintiffs Jeffrey Petty and Kathleen Petty on their claim for Civil Theft against Defendant Derrick J. Martin, Jr., the Court was required by law to award treble the amount of damages awarded by the jury on that claim. Judgment therefore entered in favor of Plaintiffs and against Defendant Derrick J. Martin, Jr., in the amount of $369,951.00, as of February 15, 2017.

Pursuant to C.R.S. § 5-12-102(1)(a), the Court also awards prejudgment interest as requested in Plaintiffs' Renewed Motion to Amend Judgment to Include Prejudgment Interest, granted by the Court on November 13, 2017.

As itemized in Plaintiffs' Motion, the amount of prejudgment interest applicable to the Civil Theft award (including the Breach of Bailment and Conversion Claims) is $233,421.26, to the date of the jury's award. The total award on the Civil Theft/Breach of Bailment/Conversion Claim is therefore $603,372.26, as of February 15, 2017.

As also itemized in Plaintiffs' Motion, the amount of prejudgment interest applicable to the Breach of Contract award of $235,000.00 is $148,273.68, to the date of the jury's award. The total award on the Breach of Contract Claim is therefore $383,273.68, as of February 15, 2017.

There is no prejudgment interest applicable to the jury's award of $500,000.00 against Defendant Derrick J. Martin, Jr. for Extreme and Outrageous Conduct.

2

In addition, because the jury found in favor of Plaintiffs Jeffrey Petty and Kathleen Petty on their claim for Civil Theft against Defendant Derrick J. Martin, Jr., the Court must also award reasonable attorney fees. *See*, C.R.S. § 18-4-405; *Steward Software v. Kopcho*, 275 P.3d 702, 710 (Colo. App. 2010). The amount of reasonable attorney fees awarded, pursuant to Plaintiffs' Motion for Attorney Fees and Costs, granted by the Court on November 13, 2017, is $91,877.50. The Court also awarded costs in the amount of $4,007.74 in accordance with C.R.C.P. 54(d). Because the attorneys' fees and costs at issue were incurred in pursuit of all claims in this case, and because judgment does not enter jointly and severally against the Defendants, the Court finds that such fees and costs must be apportioned between the Defendants to avoid double recovery by Plaintiffs. Based on the relative recoveries against the Defendants on the civil theft claims, Plaintiffs are entitled to recover 80% of the attorneys' fees and costs awarded from Defendant Martin, in a total amount of $76,708.19.

IT IS THEREFORE ORDERED that Judgment, as calculated by combining each of the final amounts set forth and underlined above, hereby enters in favor of Plaintiffs Jeffrey Petty and Kathleen Petty and **against Defendant Derrick J. Martin, Jr.** in the amount of **$1,563,354.13.**

As against Defendant JD's County Pawn, LLC:

Because the jury found in favor of Plaintiffs Jeffrey Petty and Kathleen Petty on their claims for Civil Theft and Theft by Receiving against Defendant JD's Country Pawn, LLC, the Court was required by law to award treble the amount of damages awarded by the jury on that claim. Judgment therefore entered in favor of Plaintiffs and against Defendant JD's Country Pawn, LLC, on those claims, in the amount of $90,003.00, as of February 15, 2017.

Pursuant to C.R.S. § 5-12-102(1)(a), the Court also awards prejudgment interest as requested in Plaintiffs' Renewed Motion to Amend Judgment to Include Prejudgment Interest, granted by the Court on November 13, 2017. As itemized in Plaintiffs' Motion, the amount of prejudgment interest applicable to the Civil Theft/Theft by Receiving award is $56,787.56, to the date of the jury's award. The total award on the Civil Theft/Theft by Receiving Claims is therefore $146,790.56, as of February 15, 2017.

There is no prejudgment interest applicable to the jury's award of $25,000.00 against Defendant JD's Country Pawn, LLC for Extreme and Outrageous Conduct.

In addition, because the jury found in favor of Plaintiffs Jeffrey Petty and Kathleen Petty on their claims for Civil Theft and Theft by Receiving against Defendant JD's Country

Pawn, LLC, the Court was required by law to award reasonable attorney fees. *See*, C.R.S. § 18-4-405; *Steward Software v. Kopcho*, 275 P.3d 702, 710 (Colo. App. 2010). The amount of reasonable attorney fees awarded, pursuant to Plaintiffs' Motion for Attorney Fees and Costs, granted by the Court on November 13, 2017, is $91,877.50. The Court also awarded costs in the amount of $4,007.74 in accordance with C.R.C.P. 54(d). Because the attorneys' fees and costs at issue were incurred in pursuit of all claims in this case, and because judgment does not enter jointly and severally against the Defendants, the Court finds that such fees and costs must be apportioned between the Defendants to avoid double recovery by Plaintiffs. Based on the relative recoveries against the Defendants on the civil theft claims, Plaintiffs are entitled to recover 20% of the attorneys' fees and costs awarded from Defendant JD's Country Pawn, LLC, in a total amount of $19,177.05.

IT IS THEREFORE ORDERED that Judgment, as calculated by combining the amounts set forth and underlined above, hereby enters in favor of Plaintiffs Jeffrey Petty and Kathleen Petty and **against Defendant JD's Country Pawn, LLC** in the amount of **$190,967.61.**

Pursuant to C.R.S. § 5-12-102(4)(b), the Judgments set forth herein shall accrue interest at the rate of eight percent per annum compounded annually, from the date of the original Judgment, February 15, 2017, until satisfaction is made. The rate of interest on any Judgment appealed shall be as set forth in C.R.S. § 5-12-106.

For purposes of C.R.C.P. 58(a), the effective date of entry of judgment shall be the date of the signing of this written judgment.

SO ORDERED this 10th day of January 2018, *nunc pro tunc* to February 15, 2017.

BY THE COURT:

Jaclyn Brown
District Court Judge

```
DISTRICT COURT, ADAMS COUNTY, COLORADO
Court Address:
Adams County Justice Center
1100 Judicial Center Drive                  Case Number: 15CV-030528
Brighton, CO 80601-0000                     Div.: A
```

Plaintiff: PETTY, JEFFREY  et al

Defendant: MARTIN, DERRICK J.  et al

### TRANSCRIPT OF JUDGMENT

```
Original Judgment Amount:    $1,563,354.13   Judgment Date: February 15, 2017
Revived Judgment Amount:            $.00   Judgment Date:
Judgment Status:    UNSATISFIED

Debtor   Fee:                 $2,666.74
Additional Remarks:
ORDER SIGNED 01-10-18 NPT 02-05-17
JUDGMENT DEBTOR FEE TO BE PAID BEFORE CERT OF SATISFACTION CAN BE ISSUED

Debtor(s):   DERRICK J MARTIN JR, 24772 E IRISH DR, AURORA, CO 80016

Creditor(s): JEFFREY   PETTY
             KATHLEEN   PETTY
```

```
Balance of Judgment to Date:          $1,563,354.13
```

I hereby certify that the above is a true and complete transcript of  the
judgment in the above-referenced case which is retained in my office.

[SEAL: COMBINED COURT ADAMS COUNTY COLORADO]

```
                              Beth  Stewart
                              Clerk of Court
                              DISTRICT COURT, ADAMS COUNTY
DATE: January 12, 2018        BY  Mary Ann Holland
                                  Deputy Clerk
```

In re Derrick Martin

18-14487-KHT

Proof of Claim - J. and K. Petty

Post-Judgment Interest, 15CV30528

| Date of Judgment | Judgment Amount | Interest Rate | Postjudgment Interest | Per Diem Interest Rate |
|---|---|---|---|---|
| 2/15/17 | $1,308,954.00 | 8.00% | $241,492.01 | $286.89 |