# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DERRICK J. MARTIN, JR. | ) | Case No. 18-14487-KHT |
| SSN: XX-XXX-1032 | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| DAVID V. WADSWORTH, Chapter 7 | ) | |
| Trustee | ) | |
| | ) | |
| Plaintiff, | ) | Ad. Pro. No.: 18-01413 KHT |
| | ) | |
| v. | ) | |
| | ) | |
| TWO RINGS PROPERTY | ) | |
| MANAGEMENT, LLC, a Colorado | ) | |
| Limited Liability Company | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW, TWO RINGS PROPERTY MANAGEMENT, LLC, by and through its attorney of record, Robert V. Salter, and respectfully requests this court grant an extension of time in which to file a Response to Plaintiff's Motion for Summary Judgment/Motion for Judgment on the Pleadings [Docket No. 12] of DAVID V. WADSWORTH., and in support thereof, states as follows:

1. Defendant is an entity owned by the spouse of debtor Derrick J. Martin, Jr who filed a voluntary petition for Chapter 7 relief of the Bankruptcy Code on May 23, 2018.

2. David V. Wadsworth filed an adversary proceeding against Defendant on December 5, 2018, at that time, Defendant was represented by Lawrence R. Hill of Allstate Law Center, P.C.

3. Subsequently, Lawrence R. Hill was suspended from the practice of law by the Colorado Supreme Court for a period of 6 (six) months and began serving the suspension on April 19, 2019.

4.  On April 22, 2019, Lawrence R. Hill resigned his position at Allstate Law Center, PC without having completed a motion to substitute counsel in this matter.

5.  A significant number of cases were in Lawrence R. Hill's name and significant effort has gone into submitting motions to substitute counsel. The motion to substitute counsel in this matter has been submitted concurrently with this motion.

6.  The undersigned requires additional time in which to respond to Plaintiff's motion for Summary Judgment/Judgment on the Pleadings due to his recent appointment on the matter.

7.  Defendant requests an additional fourteen days (14) days in which to file a response, and will submit same on or before June 14, 2019.

8.  Counsel for Defendant attempted to contact Plaintiff's counsel, Mr. Miller, to discuss an extension of time for Defendant to file a response, however, counsel for Defendant was unable to reach Mr. Miller. Mr. Miller's voicemail stated that he would be out of the office May 27, 2019 through June 3, 2019.

RESPECTFULLY SUBMITTED this 30th day of May, 2019.

/s/ *Robert V. Salter*
_____

Allstate Law Center, P.C.
ROBERT V. SALTER Reg.:36820
12835 E. Arapahoe Rd., Tower I – Suite 200
Centennial, Colorado  80112
(720) 386-6025/ Fax No.: (303) 583-9043
E-mail: roberts@allstatelawcenter.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of Defendant's **MOTION TO EXTEND TIME AND PROPOSED ORDER** were delivered this 30th day of May, 2019, as follows:

David V. Wadsworth, II
Chapter 7 Trustee
2580 W. Main St.
Littleton, CO 80120
[via ECF filing]

David M. Miller
Spencer Fane LLP
1700 Lincoln St., #2000
Denver, CO 80203
[via ECF filing]

U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St., #12-200
Denver, CO 80294-1961
[via ECF filing]


DATED: 12/27/2018                                          \s\ Robert V. Salter_____