# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DERRICK J. MARTIN, JR. ) | Case No. 18-14487-KHT |
| SSN: XX-XXX-1032 ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| DAVID V. WADSWORTH, Chapter 7 ) | |
| Trustee ) | |
| ) | |
| Plaintiff, ) | Ad. Pro. No.: 18-01413 KHT |
| ) | |
| v. ) | |
| ) | |
| TWO RINGS PROPERTY ) | |
| MANAGEMENT, LLC, a Colorado ) | |
| Limited Liability Company ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, Lawrence R. Hill, #17447, who notifies this Court and all parties in interest that he withdraws as Debtor's attorney of record in this case.

Attorney Robert V. Salter, #36820, hereby enters his appearance as Debtor's attorney of record in this case. All communication(s) should be directed to:

Robert V. Salter, #36820
Allstate Law Center, P.C.
12835 E. Arapahoe Road
Tower I, Suite 200
Centennial, CO 80112
(720) 500-3333
roberts@allstatelawcenter.com

Respectfully submitted this 30th day of May, 2019.

\s\ Robert V. Salter                                         \s\ Lawrence R. Hill
Robert V. Salter, #36820                               Lawrence R. Hill
Allstate Law Center, P.C.

12835 E. Arapahoe Road
Tower I, Suite 200
Centennial, CO 80112
(720) 500-3333
roberts@allstatelawcenter.com